SLIP OP. 05-66

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: RICHARD K. EATON, JUDGE

_____
                                                    :
FORMER EMPLOYEES OF ERICSSON, INC.,                 :
                                                    :
              PLAINTIFF,                            :
                                                    :
      V.                                            :
                                                    :    CONSOL. COURT NO. 02-00809
                                                    :
UNITED STATES SECRETARY OF LABOR,                   :
                                                    :
              DEFENDANT.                            :
                                                    :
_____           :

JUDGMENT

Upon consideration of the Revised Determination on Remand ("Remand Results") filed

by the United States Department of Labor (the "Department") pursuant to the Court's second

remand; upon Plaintiffs' written comments stating that they are satisfied with the Remand

Results, the Department's Status Report, and the Department's Supplemental Status Report;

upon all other papers filed herein; and upon due deliberation, it is hereby

ORDERED that the Remand Results are sustained in all respects.


                                                    /s/ Richard K. Eaton
                                                   Richard K. Eaton, Judge

Dated: June 13, 2005
       New York, New York